▉ VIRGINIA C. BILLS, Appellant, v FRANCIS T. BILLS et al., Respondents▉

▉Present—Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.

▉ RALPH A. SMITH, Appellant, v JOSEPH BLANCO, Defendant, and MARY A. SARAMA, Respondent▉

▉Present—Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.